IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | CIVIL NO. 15-573-MJR-PMF |
| | ) | |
| $96,480.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| JASON A. HUGHES and STEPHEN M. KOMIE | ) | |
| Claimants. | ) | |

**CLAIMANT'S GENERAL DENIAL OF VERIFIED COMPLAINT**

NOW COME Claimant, STEPHEN M. KOMIE, by and through his attorney of KOMIE AND ASSOCIATES and pursuant to the Federal Rules of Civil Procedure; enters a general denial.

**General Denial**

Claimant STEPHEN M. KOMIE , pursuant to Rule 8(b) enters a general denial of the verified complaint. Claimant lacks knowledge or information sufficient to form a belief about the truth of the allegations in the Verified Complaint for Forfeiture. Further, Claimant's claim is contingent upon the success on the merits of the claim of JASON A. HUGHES.

**Counter Claim**

That Claimant believes he is entitled to attorneys' fees and costs of this action together with interest as provided by the Asset Forfeiture Reform Act.

WHEREFORE, the Claimant, STEPHEN M. KOMIE, respectfully pray this Court enter

judgment in favor of the claimants and against plaintiff and respectfully prays for the following relief:

    A.    That the Court enter a judgment in favor of the claimants and against the United States.

    B.    That the Court grant costs in connection with the pursuit of a claim in this action.

    C.    That the Court pursuant to statute as made and provided award attorneys' fees and costs for this action.

    Respectfully submitted,

    STEPHEN M. KOMIE , Claimant
    by and through his attorneys
    KOMIE AND ASSOCIATES

    By:    /s/Stephen M. Komie
    Stephen M. Komie

Stephen M. Komie, Esq.
Komie and Associates
One N. LaSalle Street, Suite 4200
Chicago, Illinois 60602
312/263-2800

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | CIVIL NO. 15-573-MJR-PMF |
| | ) | |
| $96,480.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| JASON A. HUGHES and STEPHEN M. KOMIE Claimants. | ) ) | |

**VERIFICATION**

    I, STEPHEN M. KOMIE, Claimant, under the penalties of perjury as provided by law, the undersigned certifies that the statements set forth in the General Denial of the Verified Complaint are true and correct, except as to matters therein stated to be on information and belief and, as to such matters, the undersigned certifies as aforesaid that I verily believe the same to be true.


Dated: August 5, 2015                                      /s/ Stephen M. Komie
                                                                                  STEPHEN M. KOMIE

IN THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| vs. | ) | CIVIL NO. 15-573-MJR-PMF |
| | ) | |
| $96,480.00 IN UNITED STATES CURRENCY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |
| JASON A. HUGHES and STEPHEN M. KOMIE | ) | |
| Claimants. | ) | |

**CERTIFICATE OF SERVICE**

    The undersigned, an attorney, deposes and states that a true and correct copy of Claimant **STEPHEN M. KOMIE'S GENERAL DENIAL OF VERIFIED COMPLAINT FOR FORFEITURE** has been served upon the below named party(ies), by filing said document in the CM/ECF system on August 5, 2015.

    Jennifer Hudson
    Assistant United States Attorney
    Nine Executive Drive
    Fairview Heights, Illinois 62208

    /s/ Stephen M. Komie